JS-6

FILED
CLERK, U.S. DISTRICT COURT

9/22/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TAMISHA VAUGHNER, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>G2 SECURE STAFF, LLC; and DOES 1 THROUGH 10, inclusive,<br><br>  Defendants. | Case No. 2:14-cv-02472-AB (JCGx)<br><br>**JUDGMENT** |

Defendant G2 Secure Staff, LLC filed a Petition to Confirm the May 28, 2015 Arbitration Award. (Dkt. No. 24.)   Plaintiff Tamisha Vaughner did not file an Opposition to this Petition. After reviewing the submitted materials and arguments, the Court issued an Order confirming the May 28, 2015 Arbitration Award, in favor of Defendant G2 Secure Staff, LLC.

Pursuant to 9 U.S.C. § 9 of the Federal Arbitration Act, when an arbitration award is confirmed, "judgment of the court shall be entered upon the award made pursuant to the arbitration."

1  NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that JUDGMENT be entered in favor of Defendant G2 Secure Staff, LLC and against Plaintiff Tamisha Vaughner.  Each party shall bear their respective fees and costs.

DATED: September 22, 2015  _____
  Honorable André Birotte Jr.
  Judge of the United States District Court
  Central District of California

CV 14-02472
Proposed Judgment